# United States District Court

WESTERN DISTRICT OF WASHINGTON

WILLIAM G. MOORE

    v.

UNITED STATES OF AMERICA, et al.,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C10-5628BHS

  __   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

That Petitioner's § 2255 motion is **TRANSFERRED** to the Ninth Circuit Court of Appeals for determination of whether his motion should be authorized pursuant to 28 U.S.C. § 2244(b)(3).


| October 4, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

                    *s/CM Gonzalez*
                    Deputy Clerk